IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01723-WYD-CBS

IMI NORGREN, INC.,

    Plaintiff,

v.

LUCENT POLYMERS, INC.

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice filed February 10, 2006.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation for Dismissal with Prejudice is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney's fees.  It is

FURTHER ORDERED that the five (5) day trial set to commence on Monday, August 7, 2006 and the final trial preparation conference set Friday, July 7, 2006 at 11:00 a.m. are **VACATED**.

    Dated:  February 13, 2006

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge